UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORINE RODRIGUEZ,

          Plaintiff,

   v.

WINCO HOLDINGS, INC.,

          Defendant.

Case No.   1:24-cv-01465-EPG

ORDER REGARDING STIPULATION OF DISMISSAL

(ECF No. 20)

On April 2, 2026, the parties filed a stipulation of dismissal with prejudice, (ECF No. 20), citing Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which permits a voluntary dismissal without a court order by filing "a stipulation of dismissal *signed by all parties who have appeared*." (Emphasis added). However, the signature for Plaintiff's counsel is deficient:

By: /s/_____

EDGAR MANUKYAN

Attorneys for Plaintiff,

CORINE RODRIGUEZ

(ECF No. 20, p. 2).

Attorney Edgar Manukyan did not file the stipulation on the electronic record—defense counsel did—accordingly, Local Rule 131(e) provides the signature requirements in these circumstances:

1

**Documents Requiring Signatures of Multiple Counsel.** Documents that are normally signed by more than one counsel, whether the counsel represent the same party or different parties, may be prepared by obtaining approval from any other counsel to state that the other counsel has authorized submission of the document on that counsel's behalf. *Submitting counsel shall place the other counsel's signature on the electronic filing by using "/s/ counsel's name (as authorized on __[date]__)."* Alternatively, one counsel may obtain the original signatures from all counsel who are filing the document, scan the signature page(s) only and file the signature page(s) as an attachment to the document with an explanatory statement on the signature page of the filed document.

LR 131(e) (emphasis added).

Because there is not a proper signature from Plaintiff's counsel on the stipulation of dismissal, IT IS ORDERED that, by no later than April 10, 2026, the parties shall file an amended stipulation of dismissal that contains a proper signature.

IT IS SO ORDERED.

Dated:   **April 3, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2