UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINE RODRIGUEZ, | Case No.   1:24-cv-01465-EPG |
| Plaintiff, | ORDER REGARDING STIPULATION OF DISMISSAL |
| v. | (ECF No. 22) |
| WINCO HOLDINGS, INC., | |
| Defendant. | |

On April 9, 2026, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 22). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 10, 2026**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

1